

FILED
AUG 1 1 2017
Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 17-50-BLG-TJC |
|---|---|
| 2001 Red Chevrolet K1500 Suburban; Montana License Plate # BUX824; VIN 3GNFK16T61G231744, Registered to Loretta Lynn Bell | ORDER SEALING CASE |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 11 day of August, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge